UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**V.S.**                                                            **CRIMINAL ACTION NO. 3:10CR-122-CRS**

**SAMANTHA TURNER - (01)**                                                                                    **DEFENDANT**


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE


      This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with retained counsel, Mark D. Chandler, appeared before me and entered a plea of guilty as to Count 1 of the Information pursuant to a Rule 11 (c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant be **remanded to the custody of the United States Marshal**, pending sentencing before the District Court on **December 15, 2010, at 2:30 p.m**.

Official Court Reporter: Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 0 | 30 |